UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-50089 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DOYLE KORDELL HAWK | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Suppress (Record Document 16) filed by the defendant, Doyle Kordell Hawk, be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 8th day of September, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE